STEPHEN HOLLAND *v.* ROBERT M. ELLIOTT
(12307)

HEIMAN, SCHALLER and SPEAR, Js.
Argued April 5—decision released April 26, 1994

*Harold R. Burke,* with whom, on the brief, was *Philip H. Bartels,* for the appellant (plaintiff).
*Robert M. Elliott,* pro se, the appellee (defendant).

PER CURIAM. The judgment is affirmed.

NAPOLEON ST. CYR *v.* JACK LOCKSHIER ET AL.
(12659)

DUPONT, C. J., LANDAU and FREEDMAN, Js.
Argued April 6—decision released May 3, 1994

*Napoleon St. Cyr,* pro se, the appellant (plaintiff).
*John T. Bochanis,* with whom, on the brief, was *Thomas J. Weihing,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.